UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION at LAFAYETTE

| | |
|---|---|
| **QUENTIN RAPHAEL OWENS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **4:23CV29-PPS/JPK** |
| ) | |
| **AMERICAN AMICABLE INSURANCE CO.,** ) | |
| **and KAY, an Agent of American Amicable Ins.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

My order of June 12, 2023 extended to July 18, 2023 the deadline for plaintiff Quentin Raphael Owens to provide the Clerk with completed Summons forms for each defendant, as had earlier been required by the order of April 25, 2023. [DE 7, 8.] As of this date, July 20, the Clerk informs me that no completed summonses have been received from Owens. Without such summonses, the case cannot move forward. As I warned in the June 12 order, the case will now be dismissed without prejudice.

ACCORDINGLY:

This case is DISMISSED WITHOUT PREJUDICE for plaintiff Quentin Raphael Owens' failure to comply with the court's orders and for failure to enable timely service under Rule 4(m).

SO ORDERED.

ENTERED: July 20, 2023        /s/ Philip P. Simon
                              United States District Judge