# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

QUENTIN RAPHAEL OWENS

      Plaintiff

  v.

                                        Civil Action No.  4:23-cv-29

KAY, an Agent of American Amicable Insurance
AMERICAN AMICABLE INSURANCE CO.
WOODFOREST BANK, TERMED: 03/21/2023
MINNESOTA LIFE INSURANCE CO., TERMED: 03/21/2023

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE for failure to comply with the court's orders and for failure to enable timely service under Rule 4(m).

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P Simon.

DATE: 7/21/2023                              CHANDA J. BERTA, CLERK OF COURT

                                                        by   s/ M. Murray_____
                                                        *Signature of Clerk or Deputy Clerk*